■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO GONZALEZ, Appellant. [892 NYS2d 907]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lasak, J.), rendered September 5, 2007, convicting him of burglary in the second degree (two counts), upon a jury verdict, and imposing sentence.

fendant from a judgment of the Supreme Court, Kings County (Goldberg, J.), rendered February 19, 2008, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court's *Allen* charge (*see Allen v United States*, 164 US 492 [1896]) was improper is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Franklin*, 54 AD3d 964 [2008]). In any event, contrary to the defendant's contention, the charge, on the whole, was balanced and neutral (*see People v McKenzie*, 48 AD3d 594, 595 [2008]; *People v Kendrick*, 256 AD2d 420, 421 [1998]). The court's instructions were directed at the jurors in general, and "did not urge that a dissenting juror abandon his or her own conviction, attempt to coerce or compel the jury to reach a particular verdict, or shame the jury into reaching a verdict" (*People v McKenzie*, 48 AD3d at 595; *see People v Gonzales*, 281 AD2d 432 [2001]; *People v Perdomo*, 204 AD2d 358 [1994]).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Covello, J.P., Santucci, Miller and Eng, JJ., concur.